UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAWSON GUY STEVE,

    Plaintiff

v.

CATHY TUNI, et al.,

    Defendants

Case No.: 3:22-cv-00506-MMD-CSD

**Order**

Plaintiff was an inmate in custody of the Lyon County Jail when he filed a pro se civil rights action under 42 U.S.C. § 1983, and application to proceed *in forma pauperis* (IFP). (ECF Nos. 1, 1-1.) Plaintiff's IFP application was not accompanied by the required financial affidavit, and certified copy of his trust found account statement (or institutional equivalent). Therefore, on February 1, 2023, the court denied Plaintiff's IFP application without prejudice, and gave him 30 days to file a complete IFP application. He was advised that a failure to do so would result in a recommendation for dismissal of this action without prejudice. (ECF No. 5.)

The court's order was returned as undeliverable, with a notation that Plaintiff was no longer at the Lyon County Jail. The court has checked the Nevada Department of Corrections website, and it does not appear Plaintiff is incarcerated there.

A party must immediately file with the court written notification of any change of contact information, and failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court. LR IA 3-1.

The court has the power to sua sponte dismiss an action for the failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984); *Pearson v. Dennison*, 353 F.2d 24, 28 (9th Cir. 1965) (citation omitted).

Plaintiff has **30 days** from the date of this Order to file a notice of change of address as well as a completed IFP application. A failure to do so will result in a recommendation that this action be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: March 10, 2023

_____
Craig S. Denney
United States Magistrate Judge